IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MCCAFFREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESLEY FAMILY SERVICES and ERICKA DECKER,<br><br>　　　　Defendants. | CIVIL DIVISION<br><br>Case No. 2:24-cv-0004<br>(Formerly Civil Division Case No. GD-23-007696 in the Court of Common Pleas of Allegheny County)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

PLEASE TAKE NOTICE that Defendants Wesley Family Services, a Pennsylvania non-profit organization, and Erika Decker ("Defendants"), hereby notify this Honorable Court of removal pursuant to 28 U.S.C. § 1441(c), of the action entitled *Jessica McCaffrey v. Wesley Family Services and Ericka Decker*, Case No. GD-23-007696, filed on or about December 7, 2023, and pending in the Court of Common Pleas of Allegheny County, Pennsylvania ("the State Court Action").

In accordance with 28 U.S.C. § 1446, Defendant makes the following statements setting forth the grounds for removal:

1.　Plaintiff Jessica McCaffrey ("Plaintiff") commenced this action against Defendant in the Court of Common Pleas of Allegheny County by filing a Complaint on or about December 7, 2023. Plaintiff sent counsel for Defendants a copy of the Complaint by first-class mail on or about December 7, 2023.

2. The documents attached as **Exhibit A** constitute all processes, pleadings, orders, and other documents served upon Defendants in this action. *See* 28 U.S.C. § 1446(a).

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of Defendants being served notice of the Complaint. *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 347-348 (1999).

4. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in state court may be removed by the Defendants to the United States District Court for the district and division where the state action is pending if the District Court would have original jurisdiction over the matter.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions arising under the laws of the United States. As such, this Court has original jurisdiction over claims under the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 *et seq.*, ("ADA") because it is a federal statute.

6. Plaintiff's Complaint asserts claims of discrimination, with such allegations related to her employment and termination of employment with Defendant Wesley Family Services, under the ADA (*See* Complaint, ¶¶ 53-104). Therefore, this Court has original jurisdiction over these claims.

7. Pursuant to 28 U.S.C. §1367, this Court may exercise supplemental jurisdiction over state law claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy.

8. Plaintiff also asserts a violation of the Pennsylvania Human Relations Act 43 P.S. § 951 *et seq.* ("PHRA") based on the same alleged facts and circumstances giving rise to her federal law claims (*See* Complaint, ¶¶ 53-104); asserts violations of Wage Payment and Collection Law ("WPCL") and for breach of contract, unjust enrichment, also all related to her employment and

termination of employment with Defendant Wesley Family Services (*See* Complaint ¶¶ 105-148); and asserts defamation, also related to the alleged reasons for her termination of employment with Defendant Wesley Family Services (*See* Complaint ¶¶ 149-168).

9. Therefore, Plaintiff's state law claims are so related to the federal law claims over which this Court has original jurisdiction that it may exercise supplemental jurisdiction over Plaintiff's PHRA claims, WPCL claim, breach of contract claim, unjust enrichment claim, and defamation claim.

10. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the Western District of Pennsylvania is the district within which the lawsuit was pending prior to removal.

11. By filing this Notice of Removal, Defendants do not waive, and expressly reserve their right to raise, any procedural and/or substantive defenses.

12. By removing this action from the Court of Common Pleas of Allegheny County, Pennsylvania, Defendants do not admit any of the allegations in Plaintiff's complaint.

13. Concurrently with its filing of this Notice of Removal, Defendants will serve written notice of the removal to Plaintiff and the Clerk of the Court of Common Pleas of Allegheny County, Pennsylvania in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the State Court Action be removed from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Lindsay M. Buchanan*
Lindsay M. Buchanan
PA Bar No. 318730
lindsay.buchanan@dentons.com

Samantha Cook
PA Bar No. 330296
samantha.cook@dentons.com

625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Tel: (412) 297-4900 / Fax: (412) 209-1975

Counsel for Defendants,
Wesley Family Services and Erika Decker

Dated: January 2, 2024

4740728.v1