**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESSICA MCCAFFREY, | ) | **Civil Action No. 2:24-cv-0004** |
| | ) | |
| Plaintiff, | ) | **Judge Nora Barry Fischer** |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY FAMILY SERVICES, ERIKA | ) | **Electronic Filing** |
| DECKER, | ) | |
| | ) | |
| Defendants. | | |

## <u>ORDER</u>

AND NOW, this __29th__ day of April 2024, pursuant to the joint request of the parties, IT IS ORDERED that the Complaint and this action are hereby dismissed, *with prejudice*. Each side is to bear its own costs and attorneys' fees.

*s/Nora Barry Fischer*
Honorable Judge Nora Barry Fischer

Jessica McCaffrey
501 Harrison Avenue
Greensburg, PA 15601
(by regular mail)